**231** WOLCOTT (Pros. Attorney) vs. HOLCOMB (Justice of the Peace), No. 13565; 97 M., 361; 23 L. R. A., 215.

To compel respondent to issue a warrant for the alleged violation of the election law, in refusing to receive the vote of an inmate of the Soldiers' Home.

Granted November 10, 1893, without costs.

**232** ATTORNEY GENERAL vs. POLICE JUSTICE (Detroit), 41 M., 224.

To compel respondent to entertain a complaint for a fraudulent disposition of real estate.

Denied June 18, 1879.

Held, that Compiled Laws, Sec. 7191, applies only to a disposal of such property as is capable of removal and concealment, and that the Attorney General is not a proper relator in proceedings before the justice, where the crime charged is an offense against individual interests, and not concerning the State or the general security.

**233** WEAVER vs. CIRCUIT JUDGE (Clare), No. 11722½.

To quash an information on the ground that there was no legitimate evidence introduced; upon the examination before the justice, tending to show the commission of the offense charged.

Order to show cause denied January 13, 1891.

**234** GAFFNEY (Pros. Attorney) vs. CIRCUIT JUDGE (Missaukee), No. 11912½, 85 M., 138.

To compel respondent to vacate an order quashing an information and proceed to the trial of one who had previously been complained against for the same offense and discharged upon examination had before the justice.

Granted April 15, 1891.